Same case below, 372 Fed. Appx. 664.

**No. 10-6719. Eric Curtis Chapman, Petitioner v. United States.**

562 U.S. 1018, 131 S. Ct. 543, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8350.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 614 F.3d 810.

**No. 10-6721. Toby Martinez, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 543, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8457.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 610 F.3d 1216.

**No. 10-6722. Donovan Anthony Moncrieffe, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 544, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8439.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 319 Fed. Appx. 249.

**No. 10-6729. Leslie Charles Cohen, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 544, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8353,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 890.

**No. 10-6734. Frederick March, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 544, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8349.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 382 Fed. Appx. 76.

**No. 10-6735. Carlos Lopez, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 544, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8412.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-6738. Mary Helen Quaintance, Petitioner v. United States.**

**No. 10-6776. Danuel Dean Quaintance, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 544, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8383.

November 1, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same cases below, 608 F.3d 717.

**No. 10-6740. James T. McCormick, Petitioner v. United States.**

562 U.S. 1019, 131 S. Ct. 545, 178 L. Ed. 2d 399, 2010 U.S. LEXIS 8451.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 259.